Exhibit 1

Int. Cls.: 16, 20, 25, and 41

Prior U.S. Cls.: 2, 5, 13, 22, 23, 25, 29, 32, 37, 38, 39, 50, 100, 101, and 107

**United States Patent and Trademark Office**

Reg. No. 1,941,717
Registered Dec. 12, 1995

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

## COUNTING CROWS

COUNTING CROWS (PARTNERSHIP)
C/O ALLEN LENARD, INC.
2121 AVENUE OF THE STARSTWENTY-SECOND FLOORTWENTY-SECOND FLOOR
LOS ANGELES, CA 90067

FOR: POSTERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).
FIRST USE 9-14-1993; IN COMMERCE 9-14-1993.
FOR: ORNAMENTAL NOVELTY BUTTONS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).
FIRST USE 8-29-1993; IN COMMERCE 8-29-1993.
FOR: CLOTHING, NAMELY T-SHIRTS, CAPS, SWEATERS, SWEATSHIRTS, JACKETS, SHORTS AND SWEAT PANTS, IN CLASS 25 (U.S. CLS. 22 AND 39).
FIRST USE 8-29-1993; IN COMMERCE 8-29-1993.
FOR: ENTERTAINMENT SERVICES IN THE NATURE OF LIVE MUSIC OF A VOCAL AND INSTRUMENTAL GROUP THROUGH PERSONAL APPEARANCES, TELEVISION BROADCASTS AND RADIO BROADCASTS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).
FIRST USE 2-10-1991; IN COMMERCE 8-29-1993.

SN 74-508,900, FILED 4-4-1994.

SCOTT J. MAJOR, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 2,727,299
Registered June 17, 2003

## TRADEMARK
PRINCIPAL REGISTER

## COUNTING CROWS

COUNTING CROWS LLC (CALIFORNIA LTD LIAB CO)
C/O LENARD, BRISBIN & KLOTZ
1801 CENTURY PARK WEST, 6TH FLOOR
LOS ANGELES, CA 90067

   FOR: SERIES OF MUSICAL SOUND RECORDINGS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-14-1993; IN COMMERCE 9-14-1993.

OWNER OF U.S. REG. NO. 1,941,717.

SER. NO. 78-150,975, FILED 8-5-2002.

KIMBERLY PERRY, EXAMINING ATTORNEY